IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH K. MALONEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 13-7664 |
| vs. | : | |
| | : | |
| CITY OF BETHLEHEM, PENNSYLVANIA, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this   26th   day of November, 2014, upon consideration of the Motion for Summary Judgment filed by the Defendant on July 30, 2014, the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment filed on August 14, 2014, the Plaintiff's Memorandum of Law and the Defendant's Memorandum of Law which were filed on October 28, 2014 pursuant to the Court's October 22, 2014 Order, and for the reasons set forth in the foregoing Memorandum,

**IT IS ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED** as to Counts I, II, III and V of Plaintiff's Complaint, and those Counts are dismissed with prejudice; and

**IT IS ORDERED** that the Defendant's Motion for Summary Judgment is **DENIED** as to Count IV of Plaintiff's Complaint.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge